No. 11,551.

THE STATE VS. CHARLES LEDUFF.

Whatever the answer of the juror on his *voir dire* to the questions of counsel for the accused, if it appear on the whole examination, and especially to the questions of the judge, that the juror has no fixed opinion—*i. e.*, that can not be changed by testimony, and his mind is in a condition to do justice, according to the evidence and the charge of the court, he is a competent juror. 35 An. 302, 317; 38 An. 41, 480.

If the accused obtains an acceptable jury without exhausting his peremptory challenges, this court will not direct a new trial, because the bill assigned error in the overruling of the challenges for cause made by the accused. *Ibid.*

APPEAL from the Fourteenth Judicial District Court, Parish of Pointe Coupee. *Talbot, J.*

M. J. *Cunningham*, Attorney General, and *Alex. Hebert*, District Attorney, for the State.

*Yoist & Claiborne* Attorneys for Defendant and Appellant.

The opinion of the court, affirming judgment of the District Court, was delivered by MILLER, J.